FILED

2026 May-06  AM 10:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| KENNETH BROWNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No.: 5:24-cv-01756-HDM |
| | ) | |
| RIDE WORX, LLC, | ) | |
| A foreign limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Kenneth Browning, and Defendant Ride Worx,

LLC, and respectfully request this Court to enter an Order dismissing this case, with

prejudice, each party to bear their own costs.

_____
Edward I. Zwilling
edwardzwilling@zwillinglaw.com
Attorney for Plaintiff

**OF COUNSEL:**
LAW OFFICE OF
EDWARD I. ZWILLING LLC
4000 Eagle Point Corporate Drive
Birmingham, AL 35242

_____
John D. Herndon
jherndon@huielaw.com
Attorney for Defendant RIDE WORX, LLC

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
3291 US Highway 280, Suite 200
Birmingham, AL 35243
(205) 251-1193