FILED
2026 May-06  PM 02:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Kenneth Browning | } | |
| | } | |
| | } | |
| | } | |
| | } | |
| Plaintiff, | } | Case Number: 5:24-cv-1756-HDM |
| | } | |
| v. | } | |
| | } | |
| Ride Worx, LLC | } | |
| *A foreign limited liability company*, | } | |
| | } | |
| Defendant. | } | |

## CLERK'S MINUTE ENTRY
## OF JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly stipulated to the dismissal of all claims in this action **WITH PREJUDICE,** (Doc. 55), with each party to bear its own costs and fees.

At the direction of the Court, this case is **CLOSED.**

DATED: May 6, 2026

GREER M. LYNCH, CLERK

By:___*C. Berryman*___
Deputy Clerk